No. 74–6147.  O'DONNELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–6152.  LUJAN v. GENGLER, WARDEN, ET AL. C. A. 2d Cir.  Certiorari denied.

No. 74–6156.  RIED v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–6172.  CAGLE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–6181.  WARREN, AKA CHUNN v. UNITED STATES.  C. A. 2d Cir.;
No. 74–6268.  WARREN, AKA CHUNN v. UNITED STATES; and
No. 74–6269.  WARREN, AKA CHUNN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6185.  HURT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–6188.  BOSTON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–6194.  RICHARDSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–6217.  ROSAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6196.  HOLLAND v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.